## UNITED STATES DISTRICT COURT
### for the
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES of AMERICA : | 2:11cr678(DMC) |
| : | |
| v. : | |
| CAROLE ANN DIXON | **ORDER OF DISMISSAL** |
| : | |
| Defendant(s) : | |

It appearing in the above captioned action that the United States Attorney's Office for the District of New Jersey has dismissed the criminal complaint against the defendant on November 11, 2011, rendering her appeal to the district court moot; and

It is on this 22nd day of November 2011,

ORDERED that this action is hereby dismissed as moot due to the dismissal of the underlying criminal complaint.

                                                S/DENNIS M. CAVANAUGH
                                                DENNIS M. CAVANAUGH, U.S.D.J.